IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:03 am, Jan 22, 2024*
**JEFFREY P. COLWELL, CLERK**

Ana McCarthy,
    Plaintiff

Docket No.: _____

Gabriel Clague., et al
    Defendant.

### INFORMATION FOR TEMPORARY RESTRAINING ORDER

Attorney for Plaintiff: PRO SE
Telephone number: +972-55-309-1933 and (312) 659-9627
Attorney for Defendant: UNKNOWN

Statement as to type of claim: Kidnapping, credit card fraud, Human trafficking of a minor disabled child by US citizen. Both, Samantha and John Clague have not cooperated with the authorities in a similar patter of the Gaby Petito's case.
Plaintiff is the surviving spouse of a United States veteran and a former federal employee who served home and abroad in conjunction with the DHS, DEA, US ARMY, Combined forces and 160thSOAR.
 (cite statute):
18 U.S.C. § 2423(c): Engaging in illicit sexual conduct in foreign places
18 U.S.C. § 2423(d): Ancillary Offenses
18 U.S.C. §§ 2251(c) and 2260(a): Production of Child Pornography outside
the United States
18 U.S.C. § 1591: Sex Trafficking of children by force, fraud, or coercion
18 U.S.C. § 1596: Additional jurisdiction in certain trafficking offenses
Violation of 18 U.S. Code § 1114 - Protection of officers and employees of
the United States.
18 U.S.C. 1028 (1511), kidnapping of an American Minor disabled child under the age of 18.

Libel and Slander by Gabriel Clague, Credit card Fraud: transfer of moneys from Plaintiff's Citibank account to $GabrielClague or $GabeClague CashApp account using Plaintiff's daughter. Sponsoring a CashApp account without the consent of the custodial (surviving) parent of a minor, Identity Theft: impersonating and falsifying information about Plaintiff in violation of
Hearing: See D.C.COLO.LCivR.7.1A
Date Motion for Temporary Restraining Order filed: January 20, 2024

2

Estimated length of hearing <u>1:40 minutes</u>

Request hearing be set for Emergency: Upon first availability.

\_\_\_\_\_ today \_\_\_\_\_ tomorrow \_\_\_\_\_ within one week

Reason why immediate action is required: <u>kidnapping of a disabled minor child at risk.</u>

**<u>Notice</u>**

Has opposing party and/or attorney been notified? <u>XX </u>Yes \_\_ No

If "yes,"state when: January 20, 2024 and by what means <u>phone calls at (303) 250-6422 and (720) 672-7308 and via the local Denver Police.</u>

 If "no," state reason _____

(Rev. 11/04)

2