**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00178-SBP
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

ANA MCCARTHY,

     Plaintiff,

v.

GABRIEL CLAGUE,
SAMANTHA CLAGUE, and
JOHN CLAGUE, et al.,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted to the Court *pro se* a Complaint (ECF No. 1),[1] an

unsigned document captioned "Information for Temporary Restraining Order" (ECF No.

3) that has been docketed as a motion, and a Notice of Motion (ECF No. 4) that relates

to service of process. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a),

the Court has determined the documents are deficient as described in this order.

Plaintiff will be directed to cure the following if she wishes to pursue any claims in this

action. Any papers that Plaintiff files in response to this order must include the civil

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to
a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses
this convention throughout this order.

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    xx      is not submitted
(2)    ___     is missing affidavit
(3)    ___     is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)    ___     is missing certificate showing current balance in prison account
(5)    ___     is missing required financial information
(6)    ___     is missing authorization to calculate and disburse filing fee payments
(7)    ___     is missing an original signature
(8)    ___     is not on proper form
(9)    ___     names in caption do not match names in caption of complaint, petition or
                habeas application
(10)   xx      other: <u>motion is necessary only if filing and administrative fees totaling
                $405.00 are not paid</u>.

**Complaint, Petition or Application**:
(11)   ___     is not submitted
(12)   ___     is not on proper form
(13)   ___     is missing an original signature
(14)   ___     is missing page nos. ____
(15)   ___     uses et al. instead of listing all parties in caption
(16)   ___     names in caption do not match names in text
(17)   ___     addresses must be provided for all defendants/respondents in "Section A.
                Parties" of complaint, petition or habeas application
(18)   ___     other: _____.

Plaintiff is informed that she may choose to contact the Federal Pro Se Clinic at

(303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in

this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj

United States Courthouse, 901 19th Street, Denver CO 80294. Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**. Any papers that Plaintiff files in response to this

order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to

Proceed in District Court Without Prepaying Fees or Costs (Long Form) form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the unsigned document captioned "Information for Temporary Restraining Order" (ECF No. 3) that has been docketed as a motion is denied without prejudice to the filing of a proper motion.

DATED January 22, 2024.

BY THE COURT:

_____

Susan Prose
United States Magistrate Judge

3