## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Ana McCarthy,
        Plaintiff

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:53 pm, Jan 22, 2024
JEFFREY P. COLWELL, CLERK

Docket No.: 2024-CV-178

Gabriel Clague., et al
        Defendant.

## MOTION TO SEAL AND RESTRICT

I hereby move, this Court and on the grounds and authorities granted, to seal, restrict, this civil case and limit inspection of the files, under the Rules or other applicable laws.

That my name is Ana McCarthy, the sole custodial parent of a disabled, 17 year old, a minor.

That I'am a party to this action as RJM's mother, the sole custodial parents, the person permitted to intervene on her behalf, and the person specifically identified in the case as Plaintiff.

All the records in this file should not be subject to public inspection and should be restricted. The specific facts why these records or parts of records should be prevented or limited from public inspection can't not be immediate describe until this motion is granted as substantial, irreparable harm will result to the minor. Therefore, seeking relief that these records be immediately sealed, and immediately made unavailable for public inspection, before a full hearing can be held.

1

I believe irreparable harm will result and the specific reasons for this request should be submitted upon the granting of this Motion to Seal and Restrict and in a separate to be filed as Motion to Amend with exhibits.

## **AFFIDAVIT**

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Date Printed: Monday, January 22, 2024.

Respectfully yours,


/s/ Ana McCarthy
Ana McCarthy
209 Spencer Street
Apt. 2C
Brooklyn, NY 11205
anamccarthy1@gmail.com
Fax 1 973 834 8752