**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:25 am, Jan 24, 2024
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

_____

Ana McCarthy,
      Plaintiff

                                         Docket No.:  **2024-CV-178 (SBP)**

Gabriel Clague., et al
      Defendant.
_____          _____

**PUBLIC NOTICE OF MOTION TO RESTRICT**

    I hereby move, this Court and on the grounds and authorities granted, to seal, restrict, and limit inspection of the files per D.C.COLO.LCivR 7.2 (a)(b)(c) Policy. (b) Levels of Restriction, and (c) Motion to Restrict.

(a) Documents are restricted by statute, and court order, therefore the public shall have no access to all documents filed and to be filed with the court and all court proceedings. Documents have been previously "sealed and impounded" by Court Order.

(b) The Lebel of Restriction shall allowed the Court and Plaintiff access to all documents with limit documents to defendants. The public shall have to access to records pertaining information previously sealed or information of the minors and for the protection of the minor and adults whose records have been previously sealed and impounded by Statute and Court Order.

(c) This Motion to Restrict Public Access is open to the public as per D.C.COLO.LCivR 7.2 (c).

**Plaintiff has:**

(1) Identified that all documents be restricted, with full access to the Court, limited redacted access to Defendants, and the public; as per Statute 750 ILCS 50/ and Court Ordering the impounding of records pertaining the minors and adults named in this civil action.

(2) Plaintiff have addressed the interest pertains to minors and adults protected by Statute and Court Order and such interest outweighs the *presumption of public access* including the request for protective orders with regard to discovery.

(3) Plaintiff has identify and clearly defined the serious injury that would result if access is not restricted; and the purpose which is to protect minors and adults as per previous Court Ordering Records to be sealed and impounded.

(4) Therefore no alternative to restriction is practicable and only restriction will adequate protect the interest of the minors and adults in question whose filed have been sealed and impounded by statute.

Therefore Plaintiff seeks Restricted Access to Exhibits, Filings, and all documents unless determine by this Court that the document or documents do not have the identifiable names of Plaintiff, who is the identifiable parent of the minors and adults and whose information have been Restricted by Court Order and Statute. Plaintiff has also identify the level of restriction sought.

Under D.C.COLO.LCivR 7.2(e) This Public Notice to Restricted Documents has been submitted timely and within the time Ordered by this court.

## AFFIDAVIT

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Dated: Wednesday, January 24, 2024.

Respectfully submitted,
FOR PLAINTIFF
/s/ Ana McCarthy
ANA McCARTHY
Pro-Se
A resident of Illinois
Receiving correspondence at:
209 Spencer Street
Apt. 2C
Brooklyn, NY 11205
anamccarthy1@gmail.com
(312) 659-9627
Fax 1 973 834 8752