ב"ה

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANA MCCARTHY,

Plaintiff,

vs.   24-cv-178 (DBP)

Gabriel Clague, et al
Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:37 am, Jan 31, 2024
JEFFREY P. COLWELL, CLERK

### MOTION TO REQUEST JUDICIAL INTERVENTION IN THE EXTRADITION OF GABRIEL CLAGUE
### MOTION TO NOTIFY THIS COURT THAT AN EMERGENCY MOTION WAS FILED IN US NEW YORK - SOUTHERN DISTRICT AND THE SECOND DISTRICT APPEAL FOR

### I. JUDICIAL INTERVENTION
### II. *HABEAS CORPUS*
### III. WRIT OF *MANDAMUS*

### I. HABEAS CORPUS

Hereby, Plaintiff on the basis of the an Emergency Motion filed in the Southern District of New York and the Prima Facie allegations presented to the Southern District of New York that on December 12, 2023, Gabriel Clague, a U.S. citizen of the State of Colorado visiting Israel, kidnapped RJM, a disable minor child. Hereto request for a request Judicial Intervention for the extradition of Gabriel Clague based on the following legal basis.

   18 U.S.C. § 2423(c): Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(d): Ancillary Offenses
18 U.S.C. §§ 2251(c) and 2260(a): Production of Child Pornography outside the United States
18 U.S.C. § 1591: Sex Trafficking of children by force, fraud, or coercion

בס״ד

18 U.S.C. § 1596: Additional jurisdiction in certain trafficking offenses
Violation of 18 U.S. Code § 1114 - Protection of officers and employees of the United States.
<u>18 U.S.C. 1028 (1511), kidnapping of an American Minor disabled child under the age of 18.</u>

ב"ה

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANA MCCARTHY,

Plaintiff,

vs.                                                                      24-cv-178 (DBP)

Gabriel Clague, Samantha Clague, John Clague, and
Unknown member(s) of the Clague family
Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### *Mandamus* FOR JUDICIAL INTERVENTION - IN THE MATTER and EXTRADITION OF GABRIEL CLAGUE

Plaintiff is also asking this Court if the Writ of Mandamus' venue fall upon the jurisdiction of the United States Court of Appeals for the Tenth Circuit and as 18 U.S.C. § 3771 ("**(3)** MOTION FOR RELIEF AND WRIT OF MANDAMUS.-The rights described in subsection (a)")**(3)** MOTION FOR RELIEF AND WRIT OF MANDAMUS.-The rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime or, if no prosecution is underway, in the district court in the district in which the crime occurred. The district court shall take up and decide any motion asserting a victim's right forthwith. If the district court denies the relief sought, the movant may petition the court of appeals for a writ of mandamus. 18 U.S.C. § 3771

Plaintiff is the custodial parents of RJM, a minor. As the custodial parent, Plaintiff, Ana McCarthy, timely reported the abduction of RJM to the United States Embassy in

ב"ה

Jerusalem via email and made two appointments for her minor daughter, RJM to renovate her expired United States passport.

RJM did not appear at the United States Embassy for the appointments.

Legal Basis: This is in violation of due process claimed under the treaties of extra-territorial Jurisdiction of the United States and in violation of the 14th Amendment of the United States Constitution.

Under the CVRA, a crime victim is being harmed physically by depriving her of emergency medical and mental care. Emotionally, and financially depriving her of the food and needs as stated by RJM to her siblings. RJM has expressed that she does not have money to buy food. As a result of the commission of a federal offense, RJM, the victim who is under 18 years of age is incompetent, incapacitated, and could be killed due to her medical urgency to be in the hospital for treatment of kyphoscoliosis.

Plaintiff is the legal guardians of the crime victim and **Sofya Sarah McCarthy** is the sister, and the representative of the Plaintiff and victim in case of an emergency guardianship. Gabriel Clague has posted threats to Plaintiff via social media in accordance to a teacher with access to the information.

**Other Legal Basis**: 18 U.S. Code § 1201 - Kidnapping (a), (1), (4), (5) (surviving daughter of a former government employee of the US ARMY, DEA, and Special operations), (b), (c), (e)

**(f)** *In the course of enforcement of subsection (a)(4) and any other sections prohibiting a conspiracy or attempt to violate subsection (a)(4), the Attorney General*

ב"ה

*may request assistance from any Federal, State, or local agency, including the Army, Navy, and Air Force, any statute, rule, or regulation to the contrary notwithstanding.*

(1) the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense;

**(4)** the person is a foreign official, an internationally protected person, or an official guest as those terms are defined in section 1116(b) of this title; or

**(5)** the person is among those officers and employees described in section 1114 of this title and any such act against the person is done while the person is engaged in, or on account of, the performance of official duties, shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment.

**(b)With respect to subsection (a)(1), above, the failure to release the victim within twenty-four hours after he shall have been unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, or carried away shall create a rebuttable presumption that such person has been transported in interstate or foreign commerce. Notwithstanding the preceding sentence, the fact that the presumption under this section has not yet taken effect does not preclude a Federal investigation of a possible violation of this section before the 24-hour period has ended.**

**(c)** If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.

**(e)** If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States. As used in this subsection, the United States includes all areas under the jurisdiction of the United States including any of the places within the provisions of sections 5 and 7 of this title and section 46501(2) of title 49. For purposes of this subsection, the term "national of the United States" has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)).

ב"ה

**(f)** In the course of enforcement of subsection (a)(4) and any other sections prohibiting a conspiracy or attempt to violate subsection (a)(4), the Attorney General may request assistance from any Federal, State, or local agency, including the Army, Navy, and Air Force, any statute, rule, or regulation to the contrary notwithstanding.

III. - 18 U.S. Code § 1114

IV. 18 U.S. Code § 1115

**V. - U.S.C. § 3771 - United States v. Paroline, 672 F.Supp.2d 781, 792 (E.D.Tex. 2009)**.

**B)** MINORS AND CERTAIN OTHER VICTIMS.-In the case of a crime victim who is under 18 years of age, incompetent, incapacitated, or deceased, the legal guardians of the crime victim or the representatives of the crime victim's estate, family members, or any other persons appointed as suitable by the court, may assume the crime victim's rights under this chapter, but in no event shall the defendant be named as such guardian or representative. 18 U.S.C. § 3771 2 (a)

**C)** contain disciplinary sanctions, including suspension or termination from employment, for employees of the Department of Justice who willfully or wantonly fail to comply with provisions of Federal law pertaining to the treatment of crime victims; and

**(D)** provide that the Attorney General, or the designee of the Attorney General, shall be the final arbiter of the complaint, and that there shall be no judicial review of the final decision of the Attorney General by a complainant.
1 See References in Text note below.

18 U.S.C. § 3771United States v. Paroline, 672 F.Supp.2d 781, 792 (E.D.Tex. 2009).

**VI. - 18 U.S.C. § 3771United States v. Paroline, 672 F.Supp.2d 781, 792 (E.D.Tex. 2009).**

**"[t]he right to be treated with fairness and with respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a).**

ב"ה

**2)** MULTIPLE CRIME VICTIMS.-In a case where the court finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in subsection (***a), the court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings.***

**B)** MINORS AND CERTAIN OTHER VICTIMS.-In the case of a crime victim who is under 18 years of age, incompetent, incapacitated, or deceased, the legal guardians of the crime victim or the representatives of the crime victim's estate, family members, or any other persons appointed as suitable by the court, may assume the crime victim's rights under this chapter, but in no event shall the defendant be named as such guardian or representative. 18 U.S.C. § 3771 2 (a)

The CVRA guarantees a number of other rights as well. Among these are

(1)  **reasonable protection** from the accused,

(2)   notice of any court or parole proceedings involving the accused,

(3)  attendance at such proceedings,

(4)  an opportunity to be heard at proceedings involving release, plea, sentencing or parole,

(5)  communication with the government's attorney in the case involving the victim,

(6)  **avoidance of delay,**

(7)  "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a).

**VII- 14th Amendment**

  "*All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*"

בס"ד

*Plaintiff apologizes for her financial inability to procure counsel and the deficiencies of this pleadings.*

Dated: January 31, 2024

/s/ Ana McCarthy
Ana McCarthy
A resident of Illinois
Currently receiving correspondence at
209 Spencer Street
Apt. 2C
Brooklyn, NY 11205
+1 (312) 659-9627
Fax +1 (973) 834 8752
anamccarthy1@gmail.com