IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00178-LTB-SBP

ANA MCCARTHY,

    Plaintiff,

v.

GABRIEL CLAGUE,

    Defendant.

**ORDER**

    This matter is before the Court on the Recommendation of United States Magistrate Judge filed June 12, 2024 (ECF No. 33). Magistrate Judge Susan Prose recommends that Plaintiff's Amended Complaint (ECF No. 30) and the action be dismissed without prejudice. More specifically, Magistrate Judge Prose recommends that Plaintiff's claims on behalf of her minor daughter be dismissed for lack of standing and that Plaintiff's claims asserting violations of her own rights be dismissed for failure to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). A copy of the Recommendation was served on Plaintiff on June 12, 2024.

    On June 14, 2024, Plaintiff filed a Motion for Alternative Service on Defendant (ECF No. 34) and a Memorandum of Law in Support of Emergency Motion for Judicial Intervention Regarding Passport Issuance for Minor Child (ECF No. 35).

Plaintiff has not filed any timely objection to the Recommendation. Therefore, Plaintiff is barred from de novo review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 33) is accepted and adopted. It is

FURTHER ORDERED that the Amended Complaint (ECF No. 30) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff lacks standing to assert claims on behalf of her minor daughter and Plaintiff has failed to comply with the pleading requirements of Rule 8 with respect to her own claims. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED: July 11, 2024

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court